UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INFORMATION |
| ) | CR 418-163 |
| CHERYL M. BOLTON ) | |
| ) | |
| Defendant ) | |

## ORDER

The Government's motion to dismiss the foregoing Information without prejudice is GRANTED.

SO ORDERED, this __3rd__ day of __December__, 2018.

HON. G. R. SMITH  James B. Graham
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA